**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, JIN LEE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIN LEE,<br><br>            Plaintiff,<br><br>     vs.<br><br>DIAMOND CITY, LLC; and DOES 1 through 10,<br><br>            Defendants. | **Case No.: 2:21-cv-00224-SVW (RAOx)**<br>Assigned to Steven V. Wilson<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff JIN LEE ("Plaintiff") and Defendant DIAMOND CITY, LLC stipulate and jointly request that this Court dismiss, with prejudice, the above-captioned action, in its entirety.  Each party shall bear her or its own costs and attorneys' fees.

\\

\\

\\

\\

1

JOINT STIPULATION FOR DEFENDANT WITH PREJUDICE

Respectfully submitted,

DATED:  April 16, 2021          SO. CAL. EQUAL ACCESS GROUP

By:    /s/  Jason J. Kim
       Jason J. Kim
       Attorneys for Plaintiff

DATED:  April 16, 2021          **QUOCK LAW FIRM**

By:  /s/ Kevin J. Quock
     KEVIN J. QUOCK, ESQ.
     Attorneys for Defendant

## Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  April 16, 2021                   By:  /s/ Jason J. Kim
                                              Jason J. Kim

JOINT STIPULATION FOR DEFENDANT WITH PREJUDICE